United States District Court
Southern District of Texas
**ENTERED**
May 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(Houston Division)

| | | |
|---|---|---|
| TICKETEVENTS.COM, LLC | * | DOCKET NO. 4:15-vc-02886 |
| v. | * | DISTRICT JUDGE: David Hittner |
| M & E ENDEAVOURS, LLC<br>MAHESH SALGAONKAR | * | |

**************************************************************************

## CONSENT JUDGMENT

Considering the foregoing Joint Motion for Entry of Consent Judgment submitted by the Parties and the Settlement Agreement and Release of Claims entered into by the parties to resolve the litigation;

**IT IS HEREBY ORDERED** that the Plaintiff, TicketEvents.com, LLC, have judgment against the Defendants, M&E Endeavours LLC and Mahesh Salgaonkar, jointly, in the amount of $55,000.00 and all costs of court for this proceeding.

**IT IS FURTHER ORDERED** that all relief not granted in this judgment is hereby denied.

**IT IS FURTHER ORDERED** that this is a FINAL JUDGMENT.

Houston, Texas this __13__ day of __May__ 2016.

_____
HON. DAVID HITTNER
UNITED STATES DISTRICT COURT